**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**ERIC S.,**
        **Plaintiff,**

                                              **Case No. 2:25-cv-679**
      **v.**                                  **JUDGE EDMUND A. SARGUS, JR.**
                                              **Magistrate Judge Peter B. Silvain, Jr.**

**COMMISSIONER OF SOCIAL SECURITY,**
        **Defendant.**

## ORDER

This matter is before the Court on the Parties' Joint Motion to Remand. (ECF No. 12.) The Parties seek to reverse and remand this case to the Commissioner of Social Security for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g), specifically for the Administrative Law Judge to "reconsider the medical opinions, reconsider Plaintiff's residual functional capacity, offer to hold a new hearing, take any further action needed to complete the administrative record, and then issue a new decision." (*Id.*)

Accordingly, the Commissioner's decision is **REVERSED**, and the matter is **REMANDED** to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g) for further consideration and administrative proceedings. The Joint Motion to Remand (ECF No. 12) is **GRANTED**. The Clerk is **DIRECTED** to enter judgment in favor of Plaintiff and close this case.

      **IT IS SO ORDERED.**

**2/18/2026**                                            **s/Edmund A. Sargus, Jr.**
**DATE**                                                **EDMUND A. SARGUS, JR.**
                                                  **UNITED STATES DISTRICT JUDGE**